■ In the Matter of END TIME HANDMAIDENS AND SERVANTS INTERNATIONAL, Petitioner, v NEW YORK STATE URBAN DEVELOPMENT CORPORATION, Doing Business as EMPIRE STATE DEVELOPMENT CORPORATION, Respondent. [815 NYS2d 876]—Proceeding pursuant to EDPL 207 (initiated in the Appellate Division of the Supreme Court in the Fourth Judicial Department) to review a determination of respondent.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on May 19, 2006,

It is hereby ordered that said proceeding be and the same hereby is unanimously dismissed without costs upon stipulation. Present—Hurlbutt, J.P., Scudder, Martoche, Smith and Hayes, JJ.

■ In the Matter of GUI ZHEN XU, Doing Business as SAN HE TRAVEL, Petitioner, v NEW YORK STATE URBAN DEVELOPMENT CORPORATION, Doing Business as EMPIRE STATE DEVELOPMENT CORPORATION, Respondent. [815 NYS2d 875]—Proceeding pursuant to EDPL 207 (initiated in the Appellate Division of the Supreme Court in the Fourth Judicial Department) to review a determination of respondent.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on March 16, 2006 and by petitioner on March 20, 2006,

It is hereby ordered that said proceeding be and the same hereby is unanimously dismissed without costs upon stipulation. Present—Hurlbutt, J.P., Scudder, Martoche, Smith and Hayes, JJ.